NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FURNITURE BRANDS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1059

---

Appeal from the United States Court of International Trade in case no. 07-CV-0026, Judge Timothy C. Stanceu.

---

ON MOTION

---

Before LOURIE, *Circuit Judge.*

## O R D E R

Furniture Brands International, Inc., moves for reconsideration of this court's order of May 8, 2012 designating appeals in *Ashley Furniture Industries, Inc. v. United States*, 2012-1196, and *Ethan Allen Global, Inc. v. United States*, 2012-1200, as companion cases, and staying the briefing in this and other similar appeals concerning the constitutionality of certain provisions of the Continued Dumping and Subsidy Offset Act and this court's decision in *SKF USA, Inc. v. U.S. Customs and Border Protection*, 556 F.3d 1337 (Fed. Cir. 2009). The United States International Trade Commission and American Furniture Manufacturers Committee for Trade and Vaughan-Bassett Furniture Company oppose. The United States takes no position.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

JUN 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Joseph W. Dorn, Esq.
     Patrick V. Gallagher, Esq.
     Jessica R. Toplin, Esq.
     David W. DeBruin, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK